UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :    25 Mag 2973-1
            -against-                                         :
                                                              :    **ORDER**
                                                              :
KAZI ALI,                                                     :
                                                              :
            Defendant.                                        :
-------------------------------------------------------------X

Barbara C. Moses, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail is modified to include the following conditions of release:

- *Drug testing and treatment as directed by Pretrial Services*
- *Pretrial Services supervision as directed*

Dated: New York, New York
       October 30, 2025

_____
Barbara C. Moses
United States Magistrate Judge